AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of | Case No. 22-5248MB |
| One Tracfone TCL cellular phone, Serial Number C3400011C1BYD00004MF, black in color | |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before _7/14/22_ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _June 30, 2022 2:53pm_     _Deborah M. Fine_
_Judge's signature_

City and state: <u>Phoenix, Arizona</u>     <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
_Printed name and title_

## ATTACHMENT A

### Items to Be Searched

1. One Tracfone TCL Cellular Phone, Black, SN C3400011C1BYD00004MF, as depicted below:





This item is currently located in the possession of San Carlos Tribal Police Department in San Carlos, AZ. This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

### Items to Be Seized

1.      All video, photographic and electronically stored data on the DEVICE described in Attachment A that relate to the on or about March 10, 2022, violations of Title 18, U.S.C. §§ 1153 and 1201(a)(2), CIR-Kidnapping; Title 18, U.S.C. §§ 1153 and 2241(a)(1), CIR-Aggravated Sexual Abuse; and Title 18, U.S.C. §§ 1153 and 113(a)(3), CIR-Assault with a Dangerous Weapon, including:

   a.   The sexual assault of SP.

   b.   The physical assault and acts of violence against SP.

   c.   Other evidence of the above listed crimes.

2.      Evidence of user attribution showing who used or owned the DEVICE at the time the things described in this warrant were created.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: 22-5248mb | Date and Time Warrant Executed: 7/12/2022 11:00am | Copy of warrant and inventory left with: |
|---|---|---|

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

Cellular phone in evidence, cellebrite extraction of data at Pinetop AZ FBI office.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  7/12/22

CLIFFORD POOL   Digitally signed by CLIFFORD POOL
Date: 2022.07.13 19:59:22 -07'00'
_____
Executing officer's signature

Clifford R Pool
_____
Printed name and title